No. 71–1377. OHIO ANNUAL CONFERENCE OF THE METHODIST CHURCH ET AL. *v.* BETHANY CHAPEL, INC., ET AL. Sup. Ct. Ohio. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 71–1331. MONTANYE, CORRECTIONAL SUPERINTENDENT *v.* CLAYTON. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.